UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NASIR-UDDIN M. QURESHI,

        **Plaintiff,**                     CIVIL ACTION NO. 04-CV-71810-DT

vs.

                                        DISTRICT JUDGE NANCY G. EDMUNDS

R. J. REYNOLDS TOBACCO        MAGISTRATE JUDGE MONA K. MAJZOUB
HOLDINGS INC., et al.

        **Defendant.**
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY

      This matter comes before this Court on Defendant R. J. Reynolds Tobacco Company's Motion to Compel Discovery dated June 30, 2005. In its Motion, Defendant seeks responses to its Second Set of Requests for Production of Documents dated March 18, 2005. On July 4, 2005, Plaintiff filed his written responses to Defendant's Second Set of Requests for Production of Documents. This matter was set for oral argument on August 24, 2005. Plaintiff appeared *in pro per* and Defendant R. J. Reynolds Company was represented by counsel. Defendant argued that Plaintiff failed to properly respond and/or object to its Request for Production numbers 1, 9 and 10 of Defendant's Second Set of Requests for Production of Documents dated March 18, 2005. Following discussion on the record with Plaintiff and Defendant's counsel, Plaintiff agreed to amend his written responses to Requests numbers 1, 9 and 10 of Defendant's Second Set of Requests for Production of Documents within 30 days of the date of this Order in a manner consistent with the discussion held on the record.

      Specifically, with respect to Request number 1, Plaintiff will amend his written response to state that he has never possessed nor is he aware of the existence of any of the items requested and for that reason he is unable to produce any Federal or State tax returns filed on behalf of Royal Smoker Tobacco for the years 2001 through 2004.

With respect to Request number 9, Plaintiff will amend his written response and attach the curriculum vitae of E. Thompson, along with any and all documents sent by Plaintiff to E. Thompson to date in connection with E. Thompson's involvement as an expert witness in this lawsuit.

With respect to Request number 10, Plaintiff will amend his written response and attach the curriculum vitae of Mr. Ken Doshi, C.P.A., and indicate that no written materials have been sent by Plaintiff to Mr. Doshi to date in connection with any expert review to be undertaken by Mr. Doshi

NOW, THEREFORE, **IT IS HEREBY ORDERED** that Plaintiff will amend his written responses to production requests numbers 1, 9 and 10 of Defendant's Second Set of Requests for Production of Documents dated March 18, 2005 in a manner consistent with the discussion of record and as stated above.

**IT IS FURTHER ORDERED** that Plaintiff will forward said amended responses, with attached documents, to Defendant within thirty (30) days of this Order, in a manner consistent with the discussion of record and as stated above.

**IT IS SO ORDERED**.


Dated: September 01, 2005                    s/Mona K. Majzoub
                                             MONA K. MAJZOUB
                                             United States Magistrate Judge



**Proof of Service**

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: September 01, 2005                    s/ Lisa C. Bartlett
                                                  Courtroom Deputy