UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NASIR-UDDIN M. QURESHI,**

       Plaintiff,               CIVIL NO. 05-70738

vs.

**R. J. REYNOLDS TOBACCO**        JUDGE PAUL D. BORMAN

  **COMPANY, et al,**          MAGISTRATE JUDGE MONA J. MAJZOUB

        Defendants.   /

### ORDER STRIKING DOCUMENT

Upon review, the Court Strikes: Plaintiff's Motion to Compel Discovery, docket #44.

The Court has determined that this document does not conform with Local Rule 7.1(a)(2).

Therefore, this order shall be put on the docket, and the docket edited to show that the document has been STRICKEN and deemed not a part of the record in this case.

SO ORDERED.

                                       s/ Mona K. Majzoub
                                       MONA K. MAJZOUB
                                       United States Magistrate Judge

Dated: February 09, 2006

### Proof of Service

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: February 09, 2006                 s/ Lisa C. Bartlett
                                                 Courtroom Deputy