UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NASIR-UDDIN M. QURESHI,

        Plaintiff,                          Case No. 04-71810
                                             (Consolidated with Case No. 05-74467)
  -vs-

                                             District Judge Nancy G. Edmunds
R.J. REYNOLDS TOBACCO                 Magistrate Judge Mona K. Majzoub
COMPANY, et al,

                       Defendants./
_____

**ORDER FOR DISMISSAL OF DEFENDANTS CHRISTOPHER PENDY, JILL L. MORANO AND BETH M. BOMMARITO WITH PREJUDICE AND WITHOUT COSTS**

On June 28, 2004 the Court Dismissed Counts I and II of Plaintiff's Verified Complaint originally filed in Case Number 04-CV-71810 and said Counts I and II being the on ly claims against individual Defendants Christopher Pendy, Jill L. Morano and Beth M. Bommarito;

**IT IS HEREBY ORDERED that Defendants Christopher Pendy, Jill L. Morano and Beth M. Bommarito are dismissed** with prejudice and without costs to any party with respect to all claims alleged in Plaintiff's Verified Complaint originally filed in Civil Action Number 04-CV-71810.

Dated: April 19, 2006                        s/ Mona K. Majzoub
                                                     MONA K. MAJZOUB
                                                     UNITED STATES MAGISTRATE JUDGE

## Proof of Service

     I hereby certify that a copy of this Order was served upon Nasir-uddin M. Qureshi and Counsel of Record on this date.

Dated: April 19, 2006                             s/ Lisa C. Bartlett
                                                             Courtroom Deputy