UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NASIR-UDDIN M. QURESHI,**

        **Plaintiff,**                CIVIL NO. 05-70738

  vs.

                                  JUDGE PAUL D. BORMAN

**R. J. REYNOLDS TOBACCO**
  **COMPANY, et al,**              MAGISTRATE JUDGE MONA J. MAJZOUB

        **Defendants.**    /

## ORDER STRIKING DOCUMENT

Plaintiff's Dispositive Motion having been filed on May 1, 2006, and said motion having been deemed to exceed 20 pages and this Court being therefore fully advised in the premises hereby Strikes: Plaintiff's Dispositive Motion, docket #66, Index of Exhibits, docket #67, Exhibit, docket #68, Exhibit, docket #69, Exhibits B-N, docket #70 and Exhibit O, docket # 71 .

The Court has determined that this document does not conform with Local Rule 7.1(3)(A). The text of the brief supporting a motion or response, including foot notes and signatures may not exceed 20 pages. A party seeking to file a brief in excess of 20 pages may apply ex parte in writing setting forth the reasons.

Therefore, this order shall be placed on the docket, and the docket edited to show that document numbers 66, 67, 68, 69, 70 and 71 have been **STRICKEN** and deemed not a part of the record in this case.

      **SO ORDERED.**

                                          s/ Mona K. Majzoub
                                          MONA K. MAJZOUB
                                          United States Magistrate Judge

Dated: May 04, 2006

**Proof of Service**

     I hereby certify that a copy of this Order was served upon Nasir-uddin M. Qureshi and Counsel of Record on this date.

Dated: May 04, 2006                         s/ Lisa C. Bartlett
                                                       Courtroom Deputy

2:04-cv-71810-NGE-MKM   Doc # 72   Filed 05/04/06   Pg 2 of 2    Pg ID 2344