UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nasir-Uddin Qureshi,

    Plaintiff,                                     Case No. 04-71810

v.                                                  Hon. Nancy G. Edmunds

R.J. Reynolds Tobacco Co., et. al.,

    Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [82]

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Defendant R.J. Reynolds CMS, Inc. is hereby dismissed without prejudice.

                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated:  August 1, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 1, 2006, by electronic and/or ordinary mail.

                                            s/Carol A. Hemeyer
                                            Case Manager