UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NASIR-UDDIN M. QURESHI,

      Plaintiff,

Case No. 04-71810
Honorable Nancy G. Edmunds

v.

R.J. REYNOLDS TOBACCO CO., et al.

      Defendants.
      _____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION [113]**

This matter comes before the Court on the Magistrate Judge's November 1, 2006 Report and Recommendation [113]. Being fully advised in the premises and having reviewed the record and the pleadings, including objections, the Court hereby ACCEPTS AND ADOPTS the Magistrate's Report and Recommendation.

Accordingly, Defendants' motion to dismiss Amended Complaint Two [96], filed on August 14, 2006, is GRANTED; Plaintiff's motion for leave to further amend Complaint Two [99], filed on August 28, 2006, is DENIED; and Plaintiff's claims asserted in Complaint Two are hereby DISMISSED.

SO ORDERED.

      s/Nancy G. Edmunds
      Nancy G. Edmunds
      United States District Judge

Dated: December 1, 2006

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 1, 2006, by electronic and/or ordinary mail.

       <u>s/Carol A. Hemeyer</u>
       Case Manager